1

2

3

4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

5

6

RUTH MARIE ANDERSON,

7
       Plaintiff,

8
   v.

9
BISHOP LOVERDE, et al.,

10
       Defendants.

Case No. 3:25-cv-05480-TMC

ORDER TO SHOW CAUSE

11     The District Court has referred Plaintiff's motion to proceed *in forma pauperis*

12 (IFP) to United States Magistrate Judge Theresa L. Fricke. Dkt. 1.

13     The district court may permit indigent litigants to proceed IFP upon completion of

14 a proper affidavit of indigency. *See* 28 U.S.C. § 1915(a). The court has broad discretion

15 in denying an application to proceed IFP. *Weller v. Dickson*, 314 F.2d 598 (9th Cir.

16 1963), *cert. denied* 375 U.S. 845 (1963).

17     Plaintiff's application to proceed IFP is insufficient to determine if Plaintiff is

18 unable to pay the $405 filing fee. Dkt. 1. Plaintiff did not fill out the following inquires in

19 the IFP application: (1) her total amount of net monthly salary; (2) the amount of cash

20 she has and funds in her checking and savings account; (3) whether either she or her

21 spouse owns or has any interest in any real estate, stocks, bonds, notes, retirement

22 plans, automobiles or other valuable property, and if so, what the approximate value of

23 those assets are; (4) whether any persons are dependent on her or her spouse; and (5)

24

25

the monthly expenses she incurs, such has housing, transportation, utilities, or loan payments.

Plaintiff's IFP application is incomplete. Plaintiff's IFP application does not comply with the statutory criteria of 28 U.S.C. § 1915(a)(b).

The Court therefore ORDERS Plaintiff Ruth Marie Anderson to file a revised IFP application and complete the information that is needed ("show cause") on or before **June 24, 2025**. Plaintiff is further advised that failure to comply with this order may result in a report and recommendation to the District Judge that denial of IFP and/or dismissal would be appropriate. The Clerk is directed to send a copy of this Order to Plaintiff and a blank IFP application form.

Dated this 4th day of June, 2025.

Theresa L. Fricke
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2