UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RUTH MARIE ANDERSON,<br><br>    Plaintiff,<br><br> v.<br><br>BISHOP LOVERDE, et al.,<br><br>    Defendant. | Case No. 3:25-cv-05480-TMC<br><br>ORDER DISMISSING COMPLAINT WIHTOUT PREJUDICE FOR FAILURE TO PROSECUTE |

## I. ORDER

On June 2, 2025, Plaintiff Ruth Marie Anderson initiated this case by filling a motion for leave to proceed *in forma pauperis* (IFP). Dkt. 1. On June 4, Magistrate Judge Theresa L. Fricke issued an order to show cause. Dkt. 4. Judge Fricke explained that Ms. Anderson's application to proceed IFP was insufficient to determine if she was unable to pay the $405 filing fee. *Id.* at 1. Judge Fricke specified the various information missing from Ms. Anderson's motion. *Id.* at 1–2. Judge Fricke ordered Ms. Anderson to file a revised IFP application with the necessary information on or before June 24, 2025. *Id.* at 2. Judge Fricke informed Ms. Anderson that failure to comply with the order to show case could result in dismissal. *Id.* The deadline has passed, and Ms. Anderson has not responded to the Court's order nor made any further filings.

Accordingly, the Court dismisses this case without prejudice for failure to prosecute. See Fed. R. Civ. P. 41(b) (allowing for involuntary dismissal for failure to prosecute or failure to comply with the federal rules or court orders); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) (courts may dismiss cases sua sponte pursuant to Rule 41(b) for failure to prosecute); *Oliva v. Sullivan*, 958 F.2d 272, 274 (9th Cir. 1992) ("The district judge has an obligation to warn the plaintiff that dismissal is imminent."); *Haynes v. Hanson*, 695 F. App'x 317, 318 (9th Cir. 2017) (upholding dismissal of case for failure to prosecute where the plaintiff "fail[ed] to effectuate service of process").

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 31st day of July, 2025.

Tiffany M. Cartwright
United States District Judge